UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JONATHAN M. TESTON : DOCKET NO. 13-cv-2820
    D.O.C. # 567972/58956

VERSUS : JUDGE FOOTE

STEVE RADER : MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

THUS DONE this 16th day of March, 2017.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE